**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Hector RAMOS–MENDIOLA,**
**Defendant–Appellant.**

No. 05–40204.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2006.

---

James Lee Turner, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Hector Ramos–Mendiola (Ramos) appeals his conviction and sentence following his guilty plea to possession of more than 100 kilograms of marijuana with intent to distribute. Ramos argues for the first time on appeal that the district court abused its discretion when it imposed a condition of supervised release that re-quires him to cooperate in the collection of his DNA. Ramos's claim is not ripe for review. *See United States v. Riascos–Cuenu*, 428 F.3d 1100, 1101–02 (5th Cir. 2005), *petition for cert. filed* (Jan. 9, 2006) (No. 05–8662). Therefore, this court lacks jurisdiction to review this claim, and this portion of the appeal is dismissed.

Ramos correctly notes that his argument, made for the first time on appeal, that the district court lacked jurisdiction to convict and sentence him because 21 U.S.C. § 841 is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by *United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000). Ramos's conviction is affirmed.

JUDGMENT AFFIRMED; APPEAL DISMISSED IN PART.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.